```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TYLER ALIPERTO, individually and on      :
behalf of all others similarly           :     20Cv6840(DLC)
situated,                                :
                                         :
                    Plaintiff,           :
                                         :         ORDER
               -v-                       :
                                         :
BARNES & NOBLE COLLEGE BOOKSELLERS,      :
LLC; BARNES & NOBLE EDUCATION, INC.;     :
CENGAGE LEARNING, INC.; FOLLETT HIGHER   :
EDUCATION GROUP; MCGRAW HILL LLC; and    :
PEARSON EDUCATION, INC.,                 :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X


-----------------------------------------X
                                         :
JULIO LOPEZ, individually and on behalf  :
of all others similarly situated,        :     20Cv6842(DLC)
                                         :
                    Plaintiff,           :
                                         :
                                         :
               -v-                       :
                                         :
BARNES & NOBLE COLLEGE BOOKSELLERS,      :
LLC; BARNES & NOBLE EDUCATION, INC.;     :
CENGAGE LEARNING, INC.; FOLLETT HIGHER   :
EDUCATION GROUP; PEARSON EDUCATION,      :
INC.; and MCGRAW HILL LLC,               :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X


-----------------------------------------X
                                         :
DONOVAN MCGEE, individually and on       :
behalf of all others similarly           :     20Cv6845(DLC)
situated,                                :
```

```
                    Plaintiff,      :
                                    :
               -v-                  :
                                    :
                                    :
BARNES & NOBLE COLLEGE BOOKSELLERS, :
LLC; BARNES & NOBLE EDUCATION, INC.;:
CENGAGE LEARNING, INC.; FOLLETT HIGHER :
EDUCATION GROUP; MCGRAW HILL, LLC, and :
PEARSON EDUCATION, INC.,            :
                                    :
                    Defendants.     :
                                    :
----------------------------------------X


----------------------------------------X
                                    :
                                    :
KIYANA MILLER, individually and as a :
representative of all others similarly :
situated,                           :
                                    :
                                    :         20Cv6847(DLC)
                    Plaintiff,      :
                                    :
               -v-                  :
                                    :
                                    :
MCGRAW-HILL LLC; PEARSON EDUCATION, :
INC.; CENGAGE LEARNING, INC.; BARNES & :
NOBLE EDUCATION, INC.; BARNES & NOBLE :
COLLEGE BOOKSELLERS, LLC; FOLLETT   :
HIGHER EDUCATION GROUP, INC.; and   :
EDUCATIONAL PUBLISHERS ENFORCEMENT  :
GROUP,                              :
                    Defendants.     :
                                    :
----------------------------------------X



----------------------------------------X
                                    :
                                    :
ALEXANDRA PELLETIER, JOAN PADDEN, and :
M. SAMANTHA PAK, on behalf of       :         20Cv6848(DLC)
themselves and all others similarly :
situated,                           :
                    Plaintiffs,     :
               -v-                  :
                                    :
                                    :
                                    :
```

2

```
PEARSON EDUCATION, INC.; CENGAGE      :
LEARNING, INC.; MCGRAW-HILL GLOBAL    :
EDUCATION HOLDINGS, LLC; EDUCATIONAL  :
PUBLSISHERS ENFORCEMENT GROUP; BARNES &:
NOBLE EDUCATION, INC.; BARNES & NOBLE :
COLLEGE BOOKSELLERS, LLC; and FOLLETT :
HIGHER EDUCATION GROUP,               :
                                      :
                Defendants.           :
                                      X
-----------------------------------------
```

DENISE COTE, District Judge:

These actions having been transferred to this Court as part of the In Re: Inclusive Access Course Materials Antitrust Litigation, 20md2946 MDL, it is hereby

ORDERED that applications for appointment as lead counsel in the Student Plaintiffs class actions shall be made by **noon** on **Friday, August 28, 2020.**

IT IS FURTHER ORDERED that applications for appointment as lead counsel in the Retailer Plaintiffs class actions shall be made by **noon** on **Friday, August 28, 2020.**

IT IS FURTHER ORDERED that any objection to those applications shall be filed by **Tuesday, September 1, 2020.**

IT IS FURTHER ORDERED that the September 3 conference will address the applications for appointment as lead counsel and set

a schedule for consolidated class actions.

SO ORDERED:

Dated:    New York, New York
          August 25, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge